IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARLENE P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-123-SLP |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 15] (R&R) of United States Magistrate Judge Shon T. Erwin, recommending that the final decision of the Commissioner of the Social Security Administration (Commissioner) be reversed and remanded for further proceedings consistent with the findings set forth in the R&R. No objection to the R&R has been filed, nor has an extension of time in which to object been sought or granted. Further, upon review of the R&R, the Court concurs with the recommendation.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 15] is ADOPTED. The Court REVERSES the decision of the Commissioner and REMANDS this matter for further administrative proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 5th day of August, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE