**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DARLENE PONSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of the<br>Social Security Administration,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-25-123-SLP |

**O R D E R**

Before the Court is Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b) [Doc. No. 24]. It is at issue. *See* Def.'s Resp. [Doc. No. 25]. Plaintiff's attorney, Miles L. Mitzner, asks the Court to approve a fee award in the amount of $20,096.73 for legal services provided in this case. The Commissioner has responded, acknowledging the lack of any stake in the fee award, and deferring to the Court's discretion as to the determination of the reasonableness of the requested fees.

Pursuant to *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002) and *Wrenn v. Astrue*, 525 F.3d 931 (10th Cir. 2008), Plaintiff's attorney may recover a reasonable fee for the representation of Plaintiff in this case up to the statutory limit of 25% of past-due benefits, provided the attorney refunds the lesser EAJA fee award. *See* 42 U.S.C. § 406(b)(1)(A); *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986); *see also* Order awarding EAJA fees [Doc. No. 21]. The submissions of Plaintiff's counsel show a total of 30.65 hours of legal services performed on Plaintiff's behalf in this case (27.45 attorney hours and 3.20

paralegal hours). Counsel's work resulted in a favorable judicial decision. *See* Order [Doc. No. 16]. After remand, Plaintiff was found to be entitled to benefits and awarded a past-due amount of $80,386.92. The Motion has been timely filed within the deadline previously set by the Court. *See* Order [Doc. No. 23].

Plaintiff has a contingent-fee agreement with her attorney to be paid 25% of past-due benefits and the amount requested does not exceed that amount. On the record presented, the Court finds the requested amount of $20,096.73 represents a reasonable fee for the work done by Plaintiff's attorney, taking into account the contingent-fee agreement and other pertinent factors. *See Gisbrecht*, 535 U.S. at 808.

IT IS THEREFORE ORDERED that the Motion for Attorney Fees under 42 U.S.C. § 406(b) [Doc. No. 24] is GRANTED. The Court approves an award of attorney fees under 42 U.S.C. § 406(b) to be paid by Defendant to attorney Miles L. Mitzner of Mitzner Law Firm, PLLC in the amount of $20,096.73. Upon payment of this amount, Plaintiff's attorney shall promptly refund to Plaintiff Darlene Ponstein the amount of the previous EAJA fee award of $7,086.65.

IT IS SO ORDERED this 18th day of August, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**